JENS F. LOUV, JR. *v.* ZONING BOARD OF APPEALS OF THE CITY OF SHELTON

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*William J. Curran,* in support of the petition.

*Foster M. Young,* in opposition.

Submitted June 6—decided June 11, 1974

STATE OF CONNECTICUT *v.* DENNIS J. TEART

The defendant's request that this court hear his proposed motion to dismiss his appeal from the Superior Court in Middlesex County in the current term is denied.

*William M. Shaughnessy, Jr.,* in support of the motion.

Submitted June 6—decided June 11, 1974

ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's "Motion to Reopen and Vacate Judgment and for a New Trial Based upon Newly Discovered Evidence, Bribery, False Testimony, Incomplete Testimony Due to Denial of Due Process and Denial of Due Process" in the appeal from the Superior Court in Hartford County is denied.

*Nina B. Varley,* pro se, in support of the motion.